STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
CRISTINA D. SILVA
Assistant United States Attorney
Nevada Bar No. 13760
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: 702-388-6336
Fax: 702-388-5087

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| IN RE: APPLICATION FOR THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d) | 2:17-mj-00823-NJK<br><br>**EX-PARTE MOTION TO UNSEAL** |

The United States of America by and through STEVEN W. MYHRE, Acting United States Attorney, and CRISTINA D. SILVA, Assistant United States Attorney, and respectfully moves this Court to unseal above-captioned matter regarding the Government's application for an order pursuant to 18 U.S.C. § 2703(d).

The Government previously moved to seal the application in order to protect an on-going investigation. The need for keeping the application sealed has now expired as the targets associated with the investigation have been charged in this District by criminal complaint (Case No. 2:17-mj-947-PAL). The United States also seeks to unseal the application in order to provide a copy of the application in discovery.

2

For the reasons set forth herein, the United States respectfully requests that the Court unseal this application.

Dated this 17th day of November, 2017.

Respectfully submitted,

STEVEN W. MYHRE
Acting United States Attorney

_____
CRISTINA D. SILVA
Assistant United States Attorney

The Government's motion is hereby  GRANTED  .

SO ORDERED:

_____
Honorable Nancy J. Koppe
United States Magistrate Judge

Dated: November 22, 2017

3